UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANTHONY WAYNE SALTERS,<br><br>Petitioner,<br><br>v.<br><br>WARDEN R. THOMPSON,<br><br>Respondent. | Civil Action No. 24-11188<br><br>MEMORANDUM OPINION |

**IT APPEARING THAT:**

1. On or about December 16, 2024, Petitioner Anthony Wayne Salters, a prisoner confined in the Federal Correctional Institution in Fort Dix, New Jersey ("FCI Ft. Dix"), filed a petition for writ of habeas corpus under 28 U.S.C. § 2241, challenging his ineligibility for early release under the Second Chance Act. (Pet., ECF No. 1.)

2. On January 9, 2025, Petitioner filed an Emergency Motion to Expedite Petition Under 28 U.S.C. § 2241 ("Motion to Expedite"). (Mot. to Expedite, ECF No. 2.) A search of the Federal Bureau of Prisons website[1] indicates that Petitioner was released from custody on February 13, 2025.

3. "If developments occur during the course of adjudication that eliminate a plaintiff's personal stake in the outcome of a suit or prevent a court from being able to grant the requested relief, the case must be dismissed as moot." *Blanciak v. Allegheny Ludlum Corp.*, 77 F.3d 690, 698–99 (3d Cir. 1996).

4. The petition no longer presents a live case or controversy. Therefore, the Court will dismiss this matter as moot.

---

[1] Federal Bureau of Prisons, Find an Inmate Search, available at https://www.bop.gov/inmateloc/ (last visited March 5, 2025).

An accompanying Order follows.

DATE:  March 12, 2025

                                                          */s/ Jamel K. Semper*
                                                          **HON. JAMEL K. SEMPER**
                                                          United States District Judge